JULY 7, 1986

No. 85–1693. BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. *v.* AMERICAN POSTAL WORKERS UNION, AFL–CIO, ET AL. Affirmed on appeal from D. C. D. C.

No. 85–532. SPORTS & HEALTH CLUB, INC., DBA ST. LOUIS PARK SPORTS & HEALTH CLUB, ET AL. *v.* MINNESOTA, BY GOMEZ-BETHKE, COMMISSIONER OF DEPARTMENT OF HUMAN RIGHTS. Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction.

No. 85–1170. RAPPLEYEA *v.* CAREY ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. JUSTICE STEVENS would vacate the judgment and remand the case for further consideration in light of *Davis* v. *Bandemer, ante,* p. 109.

No. 84–1447. SALCER ET AL. *v.* ENVICON EQUITIES CORP. ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Randall* v. *Loftsgaarden, ante,* p. 647.

No. 84–1793. CITY OF MCKEESPORT ET AL. *v.* CUNNINGHAM. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Riverside* v. *Rivera,* 477 U. S. 561 (1986).

No. 85–50. SHULTZ, SECRETARY OF STATE *v.* PALMER ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Library of Congress* v. *Shaw, ante,* p. 310.

No. 85–377. FRESCHI, AS TRUSTEE OF WILLIAM FRESCHI TRUST *v.* GRAND COAL VENTURE ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Randall* v. *Loftsgaarden, ante,* p. 647, and *Sedima, S. P. R. L.* v. *Imrex Co.,* 473 U. S. 479 (1985).